AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

**McALLEN DIVISION**

UNITED STATES OF AMERICA

V.

Hermilo Saldana-Bautista

United States District Court
Southern District Of Texas
FILED

DEC 19 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19- 3105-M

IAE    YOB: 1988
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **December 17, 2019** _____ in ____ Hidalgo ____ County, in

the _____ **Southern** _____ District of ____ Texas ____

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____ **8** ____ United States Code, Section(s) ____ **1326** ____ (Felony) ____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Hermilo Saldana-Bautista was encountered by Border Patrol Agents near McAllen, Texas on December 17, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 16, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on December 2, 2019 through Hidalgo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 20, 2019, the defendant was convicted of Driving While Intoxicated Aggravated Level 1 and sentenced to thirty six (36) months confinement and thirty six (36) months probation.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA *Frances E. Bleke* on 12/19/2019.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**December 19, 2019**
Date

William A. Dubois
Printed Name of Complainant

**J. Scott Hacker**        , U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer